IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOE NATHAN JAMES, JR., Z-610, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION 20-0299-CG-MU |
| | ) |
| TERRY RAYBON, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as malicious.

**DONE and ORDERED** this 4th day of August, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE